# FINANCIAL DISCLOSURE REPORT

## NOMINATION FILING

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Frizzell, Gregory K | 2. Court or Organization  Northern District of Oklahoma | 3. Date of Report  6/15/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge Nominee | 5. Report Type (check appropriate type)  (•) Nomination,  Date  6/7/2006  ( ) Initial  ( ) Annual  ( ) Final | 6. Reporting Period  1/1/2005  to  5/31/2006 |
| 7. Chambers or Office Address  Room 706  500 South Denver Avenue  Tulsa, Oklahoma 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

[ ] NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. District Judge | State of Oklahoma |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

| | NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Oklahoma | 88,355.00 |
| 2. | 2005 | State of Oklahoma | 89,885.70 |
| 3. | 2006 | State of Oklahoma | 38,723.30 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

| | NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

[ ] NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

[☑] NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

[ ] NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frizzell, Gregory K | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | |
| 1. JP Morgan Chase Bank Accounts | A | Interest | K | T | EXEMPT | | | | |
| 2. Covenant Federal Credit Union | A | Interest | J | T | | | | | |
| 3. Custodial S&P Index Unit Trust for Benjamin Frizzell (SPY) | A | Dividend | J | T | | | | | |
| 4. Custodial S&P Index Unit Trust for Hannah Frizzell (SPY) | A | Dividend | J | T | | | | | |
| 5. Custodial S&P Index Unit Trust for Robert Frizzell (SPY) | A | Dividend | J | T | | | | | |
| 6. Custodial S&P Index Unit Trust for David Frizzell (SPY) | A | Dividend | J | T | | | | | |
| 7. Custodial S&P Index Unit Trust for Elizabeth Frizzell (SPY) | A | Dividend | J | T | | | | | |
| 8. Custodial S&P Index Unit Trust for Jubilee Frizzell (SPY) | A | Dividend | J | T | | | | | |
| 9. UBS Brokerage Account (Kelly Frizzell) | | | | | | | | | |
| 10. -Occidental Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 11. -Verizon Common Stock | A | Dividend | J | T | | | | | |
| 12. -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 13. Smith Barney Brokerage Account (Kelly Frizzell) | | | | | | | | | |
| 14. -AMGN Common Stock | A | Dividend | J | T | | | | | |
| 15. -BNI Common Stock | A | Dividend | J | T | | | | | |
| 16. -CSCO Common Stock | A | Dividend | J | T | | | | | |
| 17. -INTC Common Stock | A | Dividend | J | T | | | | | |
| 18. -SGU Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 3

Name of Person Reporting
Frizzell, Gregory K

Date of Report
6/15/2006

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -WGL Common Stock | A | Dividend | J | T | | | | | |
| 20. -QQQQ Closed end fund (index unit trust) | A | Dividend | J | T | | | | | |
| 21. -SPY Closed end fund (index unit trust) | A | Dividend | J | T | | | | | |
| 22. Merrill Lynch SHP Account | | | | | | | | | |
| 23. -US Treasury Strips | A | Interest | J | T | | | | | |
| 24. -C Common Stock | A | Dividend | J | T | | | | | |
| 25. -DCH Common Stock | A | Dividend | J | T | | | | | |
| 26. -INTC Common Stock | A | Dividend | J | T | | | | | |
| 27. -PPH Common Stock | A | Dividend | J | T | | | | | |
| 28. -PPH Common Stock | A | Dividend | J | T | | | | | |
| 29. -STA Common Stock | A | Dividend | J | T | | | | | |
| 30. -APGCX Mutual Fund | A | Dividend | J | T | | | | | |
| 31. -MTWAX Mutual Fund | A | Dividend | J | T | | | | | |
| 32. -ML Bank USA Money Account | A | Interest | K | T | | | | | |
| 33. -ML Retirement Reserves Account | A | Interest | J | T | | | | | |
| 34. SoonerSave Retirement Savings Account | | | | | | | | | |
| 35. -ABPGX Mutual Fund | A | Dividend | J | T | | | | | |
| 36. -ACRNX Mutual Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -JSCVX Mutual Fund | A | Dividend | J | T | | | | | |
| 38. -TWVAX Mutual Fund | A | Dividend | J | T | | | | | |
| 39. -DNLDX Mutual Fund | A | Dividend | J | T | | | | | |
| 40. -BIGRX Mutual Fund | A | Dividend | J | T | | | | | |
| 41. -WFSPX Mutual Fund | A | Dividend | J | T | | | | | |
| 42. -TRBCX Mutual Fund | A | Dividend | J | T | | | | | |
| 43. -RPBAX Mutual Fund | A | Dividend | J | T | | | | | |
| 44. -RPSIX Mutual Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frizzell, Gregory K | 6/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

<br><br>

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frizzell, Gregory K | 6/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date __6/15/2006__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 33 | 466 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 4 | 367 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 183 | 222 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 44 | 901 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 275 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 15 | 000 | | | | |
| Cash value-life insurance | | 16 | 536 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | | 572 | 492 |
| Total Assets | | 572 | 492 | Total liabilities and net worth | | 572 | 492 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |